No. 656. THE PEOPLE, RESPONDENT, *v.* PARRILLA, APPELLANT..—Appeal from the District Court of San Juan, Section 2, in a prosecution for assault and battery. Decided February 18, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 1107. PAZ, PLAINTIFF AND APPELLANT, *v.* CEPEDA, DEFENDANT AND RESPONDENT.—Appeal from the District Court of San Juan, Section 2, in an action of ejectment. Motion by the respondent for dismissal of the appeal. Decided February 25, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. Eugenio Benítez Castaño* for the plaintiff. *Mr. Emigdio S. Ginorio* for the defendant.

---

No. 114. ABOY, GIORGETTI & Co., LTD.; PETITIONERS, *v.* SOTO NUSSA, DISTRICT JUDGE.—Application for a writ of *certiorari* to the judge of the District Court of Aguadilla. Motion by the petitioners for leave to withdraw the application. Decided February 26, 1914. Motion sustained. *Mr. Herminio Díaz Navarro* for the petitioners. *Mr. Juan B. Soto* for the respondent.

---

No. 1113. IRIZARRY, PLAINTIFF AND RESPONDENT, *v.* RODRIGUEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez from an order in regard to a memorandum of costs. Motion of the respondent, with notice to the appellant, for dismissal of the appeal. Decided March 9, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. Ricardo del Toro Soler* for the respondent. *Mr. José Sabater* for the appellant.